UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIO BEY, et al.,

    Plaintiffs,

  v.

DEUTSCHE BANK AND TRUST, et al.,

    Defendants.

Case No. 18-cv-00327-JST

**ORDER TO SHOW CAUSE RE:
SUBJECT MATTER JURISDICTION**

   Because it appears that this action lacks complete diversity and Plaintiffs do not allege any claims arising under federal law, the parties are ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject matter jurisdiction. Any party who contends that this Court has subject matter jurisdiction must file a response by May 29, 2018. The matter will then be taken under submission without oral argument. If no timely response is filed, the Court will dismiss the case.

   **IT IS SO ORDERED.**

Dated: May 15, 2018

          JON S. TIGAR
        United States District Judge