UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO BEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AND TRUST, et al.,<br><br>    Defendants. | Case No. 18-cv-00327-JST<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: ECF No. 30 |

The Court previously ordered parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction and informed parties that if no timely response was filed, the Court would dismiss the case. ECF No. 30. No response was filed. This action lacks complete diversity, *see* ECF Nos. 1, 28, 31. Plaintiffs do not allege claims arising under federal law. *See* ECF No 1. Therefore, this action is dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: June 1, 2018

_____
JON S. TIGAR
United States District Judge